# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-40918
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 15, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAYMUNDO RAMOS-GARCIA, also known as Raymondo Ramos Garcia, also known as Raymundo Ramos Garcia, also known as Raymundo RamosGarcia, also known as Dimundo Romos,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:19-CR-799-1

Before HAYNES, DUNCAN, and ENGELHARDT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Raymundo Ramos-Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramos-Garcia has not filed a response. He did, however, execute a waiver of any challenge to his conviction; accordingly, we

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

conclude that his conviction is not before us and will not address it further. *See United States v. Polanco-Ozorto*, 772 F.3d 1053, 1055 (5th Cir. 2014) ("Accordingly, we will not address the issues raised in Polanco-Ozorto's response [to his attorney's *Anders* brief] related to his plea and conviction."); *United States v. Garcia*, 483 F.3d 289, 290-91 (5th Cir. 2007). With respect to his sentence, he has been released from incarceration and has no term of supervised release such that any challenge to his sentence is moot, *see Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Accordingly, counsel's motion for leave to withdraw is GRANTED and counsel is excused from further responsibilities herein. The APPEAL IS DISMISSED.